## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER GOMEZ,<br><br>    Plaintiff,<br><br>v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:25-cv-01629-JLS-KES<br><br>**JUDGMENT** |

1 | The Court, having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation, hereby enters judgment for Plaintiff.

Dated: June 2, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE